## 48741. FORDHAM v. BATEMAN et al.

DEEN, Judge.

The decision of this court in the present case reversing the judgment of the trial court (*Fordham v. Bateman*, 130 Ga. App. 795 (204 SE2d 494)) having been reversed by the Supreme Court (*Bateman v. Fordham*, 232 Ga. 520), our decision is hereby vacated and the judgment of the trial court is affirmed in accordance with the decision of the Supreme Court in this case.

*Judgment affirmed. Bell, C. J., Eberhardt, P. J., Pannell, P. J., Quillian, Evans, Clark, Stolz and Webb, JJ., concur.*

DECIDED SEPTEMBER 23, 1974.

*Kelley & Allen, Roy Benton Allen, Jr.,* for appellant.
*Reinhardt, Whitley & Sims, John S. Sims, Jr.,* for appellees.